No. 93–795. BLUE CROSS/BLUE SHIELD OF CONNECTICUT *v.* INTER VALLEY HEALTH PLAN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–805. WOLSKY *v.* MEDICAL COLLEGE OF HAMPTON ROADS. C. A. 4th Cir. Certiorari denied.

No. 93–806. OHAI *v.* COMMUNITY DEVELOPMENT COMMISSION OF THE CITY OF SANTA FE SPRINGS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–807. WITHROW *v.* WILLIAMS. C. A. 6th Cir. Certiorari denied.

No. 93–819. JANEAU *v.* PITMAN MANUFACTURING CO., INC. C. A. 4th Cir. Certiorari denied.

No. 93–820. FOX *v.* NATURAL GAS PIPELINE COMPANY OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 93–824. VINCENT, ADMINISTRATOR OF THE ESTATE OF KNICK *v.* CITY OF LEXINGTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–826. BERMAN ENTERPRISES, INC., ET AL. *v.* JORLING, COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–827. BALCOR FILM INVESTORS ET AL. *v.* ECKSTEIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–840. SCOTT *v.* AVON PRODUCTS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–844. WARNER *v.* ZENT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–847. HICKS *v.* ROARK ET AL. Sup. Ct. Va. Certiorari denied.